

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-16-00273-CV**

**IN RE MINDI SPEARS**

_____

**Original Proceeding**

_____

**MEMORANDUM OPINION**

_____

The petition for writ of mandamus is denied, and the emergency motion for stay

is dismissed as moot.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Denied
Opinion delivered and filed September 14, 2016
[CV06]